JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pang Vang,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. 1:19-cv-01663-SKO<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

　　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from 6/08/2020 to 7/8/2020 , for Plaintiff to serve on defendant with PLAINTIFF'S LETTER BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　　This is Plaintiff's second request for an extension of time. Good cause exists for this request.  The week of 05/24/2020, Plaintiff's Counsel had 14 administrative hearings, 1 reply brief, 1 merits brief and 2 opening briefs due. The week of 05/31/2020, Plaintiff's Counsel had 23 administrative hearings, 1 hearing preparation appointments with claimant, 1 reply brief, 1 motion for summary judgement and 4 opening briefs. Finally, the week of 6/8/2020, Counsel has 13 administrative hearings. Each of the administrative hearings also requires administrative hearing briefs with a full summary of the medical records and legal arguments.

Additionally, due to the ongoing pandemic with COVID-19 and the various executive orders throughout Fresno County and now the State of California, along with the recommendations for Social Distancing, Plaintiff's Counsel is operating with very limited staff.  The Office of Hearings Operations is still conducting telephonic hearings.  As it is required to continue the normal day-to-day tasks involved in developing cases and the requirements of the five-day rule related to submission of evidence to the Administrative Law Judge which is imposed under 20 CFR § 404.935, Counsel must still continue normal operations but with a significantly reduced level of support.

Respectfully submitted,

Dated: June 8, 2020         PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff

Dated: June 8, 2020         MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:  */s/ In Seon Jeong*
In Seon Jeong
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on June 8, 2020)

**ORDER**

Pursuant to the parties' above stipulation, (Doc. 14), for good cause shown, Plaintiff shall serve on Defendant Plaintiff's letter brief by no later than July 8, 2020. All other deadlines in the scheduling order are modified accordingly.

IT IS SO ORDERED.

Dated:   **June 8, 2020**                         /s/ *Sheila K. Oberto*
                                                  UNITED STATES MAGISTRATE JUDGE