McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
IN SEON JEONG, CSBN 291908
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8984
    Facsimile: (415) 744-0134
    E-Mail: Inseon.Jeong@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| PANG VANG,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 1:19-cv-01663-SKO<br><br>**STIPULATION AND ORDER FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42. U.S.C. § 405(g)**<br><br>**(Doc. 23)** |

IT IS HEREBY STIPULATED by and between Plaintiff PANG VANG and Defendant ANDREW SAUL, through their respective counsel of record, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to reevaluate the opinion evidence of Valerie Forward, Ph.D. The Appeals Council will further instruct the ALJ to clarify the claimant's education level and, if warranted, obtain evidence from a vocational expert to determine what jobs exist, if any, for Plaintiff given her age, education, vocational factors, and residual functional capacity. The Appeals Council will instruct the ALJ to take further action, as warranted, to complete the administrative record and resolve the above issues.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Date: *October 2, 2020*          PEÑA & BROMBERG, PLC

By:   */s/ In Seon Jeong for Jonathan Pena\**
JONATHAN PEÑA
DOLLY M. TROMPETER
*\*Authorized by email on October 1, 2020*
Attorneys for Plaintiff

Date: *October 2, 2020*          MICHAEL BAILEY
United States Attorney
District of Arizona

By:   */s/ In Seon Jeong*
IN SEON JEONG
Special Assistant United States Attorney
Attorneys for Defendant

Of Counsel for the Defendant:

CASPAR I. CHAN
Assistant Regional Counsel

ORDER

Based upon the parties' above Stipulation for Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) ("Stipulation to Remand") (Doc. 23), and for cause shown, IT IS HEREBY ORDERED that the above-captioned action is REMANDED to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

The Clerk of the Court is hereby DIRECTED to: (1) enter judgment in favor of Plaintiff Pang Vang and against Defendant Andrew Saul, Commissioner of Social Security; and (2) administratively close this file.

IT IS SO ORDERED.

Dated:   **October 5, 2020**              /s/ *Sheila K. Oberto*
                                   UNITED STATES MAGISTRATE JUDGE