McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
IN SEON JEONG, CSBN 291908
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8984
    Facsimile: (415) 744-0134
    E-Mail: Inseon.Jeong@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| PANG VANG,<br><br>       Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>       Defendant. | Case No. 1:19-cv-01663-SKO<br><br>**STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920**<br><br>(Doc. 26) |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees and expenses in the amount of SEVEN THOUSAND FIVE HUNDRED dollars ($7,500) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d) AND no costs under 28 U.S.C. § 1920.  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to counsel, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or counsel including counsel's firm may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

///

///

///

///

Respectfully submitted,

Date: *December 9, 2020*          PEÑA & BROMBERG, PLC

By:     */s/ In Seon Jeong for Jonathan Pena*\*  
JONATHAN PEÑA  
DOLLY M. TROMPETER  
*\*Authorized by email on December 8, 2020*  
Attorneys for Plaintiff

Date: *December 9, 2020*          McGREGOR W. SCOTT  
United States Attorney

By:     */s/ In Seon Jeong*  
IN SEON JEONG  
Special Assistant United States Attorney  
Attorneys for Defendant

Of Counsel for the Defendant:

CASPAR I. CHAN  
Assistant Regional Counsel

## **ORDER**

Based upon the parties' above "Stipulation for the Award and Payment of Attorney Fees and Expenses Pursuant to the Equal Justice Act, 28 U.S.C. § 2412(d), and Costs Pursuant to 28 U.S.C. § 1920" (the "Stipulation") (Doc. 26),

IT IS ORDERED that attorney fees and expenses in the amount of SEVEN THOUSAND FIVE HUNDRED dollars ($7,500) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920 be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:   **December 9, 2020**                    /s/ *Sheila K. Oberto*  
                                                                UNITED STATES MAGISTRATE JUDGE